UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY SALVAGE,<br><br>                Petitioner,<br><br>  vs.<br><br>SPOKANE SUPERIOR COURT,<br><br>                Respondent. | NO: 12-CV-0376-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING TRANSFER OF ACTION TO NINTH CIRCUIT COURT OF APPEALS |

      Magistrate Judge Hutton filed a Report and Recommendation on June 25, 2012, recommending Mr. Salvage's habeas corpus petition be transferred to the Ninth Circuit Court of Appeals as a second or successive petition. ECF No. 6. There being no objections, the Court **ADOPTS** the Report and Recommendation.

      When a second or successive petition is mistakenly submitted to the district court, that Court shall refer it to the court of appeals. Ninth Circuit Rule 22-3(a). Accordingly, **IT IS ORDERED** this case is **TRANSFERRED** to the Ninth Circuit Court of Appeals, pursuant to 28 U.S.C. § 1631 and Ninth Circuit Rule 22-3(a).

ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING TRANSFER OF ACTION TO NINTH CIRCUIT COURT OF APPEALS -- 1

Petitioner is advised this transfer does not of itself constitute compliance with § 2244(b)(3) and Ninth Circuit Rule 22-3; he must still file an application for leave to proceed in the Court of Appeals and make the showing required by § 2244(b)(2). Petitioner is directed to consult this statute and Ninth Circuit Rule 22-3 for further information.

**IT IS SO ORDERED**. The District Court Executive is directed to transfer all original documents to the Ninth Circuit Court of Appeals. The District Court Executive shall, however, retain a copy of the petition and of this Order in the file. The District Court Executive is further directed to enter this Order, forward a copy to Petitioner, and close the file.

**DATED** this 10th day of July 2012.

            *s/ Thomas O. Rice*
            THOMAS O. RICE
            United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING TRANSFER OF ACTION TO NINTH CIRCUIT COURT OF APPEALS -- 2